James J. Houlihan, Respondent, *v.* The Preferred Acci-
dent Insurance Company of New York, Appellant.

(Submitted December 13, 1909; decided December 17, 1909.)

Motion for re-argument denied, with ten dollars costs. (See
196 N. Y. 337.)

---

The People of the State of New York ex rel. George R.
Adams, Appellant, *v.* Jacob F. Stoll et al., as Assessors
of the Town of Rosendale, Respondents.

(Submitted December 13, 1909; decided December 17, 1909.)

Motion for re-argument denied, with ten dollars costs. (See
196 N. Y. 561.)